**Fill in this information to identify the case:**

Debtor name: __The Lauren Corporation__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known): __21-10050-rlj__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $ 0.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 19,624,988.69

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 0.00

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b                                                                                            $ 19,624,988.69

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The Lauren Corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-10050-rlj |

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1
    Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture
    Name of entity:                                            % of ownership

    | | | | | |
    |---|---|---|---|---|
    | 15.1. | Lauren Egineers & Constructors Mauritius Ltd. | 100   % | | Unknown |

---

Debtor  **The Lauren Corporation**  Case number *(If known)*  **21-10050-rlj**
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.2. | **CWCO, Inc.** | 100 | % | | Unknown |
| 15.3. | **Lauren Engineers & Constructors, Inc.** | 100 | % | | Unknown |
| 15.4. | **Lauren Services, Inc.** | 100 | % | | Unknown |
| 15.5. | **TLC Air, LLC** | 100 | % | | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                                          **$0.00**
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor **The Lauren Corporation**     Case number *(If known)* **21-10050-rlj**
     Name

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities**<br><br>See attached schedule of insurance policies. | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claims and causes of action against Origin Bank for acts and omissions including, without limitation, improper loan administration, breach of contract, tortious interference with existing contracts, tortious interference with prospetive business contracts, rights of offset and/or setoff, bad faith conduct, fraudulent misrepresentation, negligent misrepresentation, and breach of duties of good faith and fair dealing.<br>Nature of claim    **Business Tort Claims**<br>Amount requested | Unknown |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **The Lauren Corporation**  
Name

Case number *(If known)* **21-10050-rlj**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Name of Insured: The Lauren Corporation, et al   Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✓) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✓) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TB2-691-4712 82-011 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | GENERAL LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $203,427.00 $0.00 $0.00 $0.00 $0.00 |
| AS2-691-4712 82-031 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | AUTO LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $85,725.00 $0.00 $0.00 $0.00 $0.00 |
| TH7-961-4712 82-041 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | EXCESS LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $380,401.00 $0.00 $0.00 $0.00 $0.00 |
| P-001-000461 963-01 | 1/1/2021 | AXIS Surplus Insurance Company CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $112,500.00 $0.00 $0.00 $5,540.63 $0.00 |
| ELD30002728 900 | 1/1/2021 | Endurance American Specialty Ins Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $141,374.00 $0.00 $0.00 $6,962.67 $0.00 |
| | 1/1/2021 | Westchester Surplus Lines Insurance Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $105,000.00 $0.00 $0.00 $5,171.25 $0.00 |
| 1000325714-03 | 1/1/2021 | Liberty Surplus Insurance Corporation CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $96,200.00 $500.00 $0.00 $4,762.48 $0.00 |
| ITH100065059921 | 1/1/2021 | Starr Indemnity & Liability Company 399 Park Ave 8th Fl New York, NY 10022 | PROPERTY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $131,153.00 $0.00 $0.00 $0.00 $0.00 |
| WS11006656 | 1/1/2021 | Insurance Company of the State of PA 175 Water Street, 18th Floor New York, NY 10038 | FOREIGN PACKAGE | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $3,350.00 $0.00 $0.00 $0.00 $0.00 |
| FBP2316475 | 1/1/2021 | Hartford Steam Boiler Inspec & Ins Co One State Street Hartford, CT 06102-5024 | BOILER & MACHINERY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,723.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | | PAGE 3 TOTALS | $1,961,304.73 |

Name of Insured: The Lauren Corporation, et al    Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✓) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✓) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICELLUW00103382 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | CONTRACTORS POLL. LIAB. - CPL | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $55,391.00 $0.00 $0.00 $2,728.01 $0.00 |
| DCP7BABXARG002 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | ERRORS & OMISSIONS | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $499,750.00 $0.00 $0.00 $24,612.69 $0.00 |
| | 1/1/2021 | XL Specialty Insurance Company Seaview House, 70 Seaview Ave Stamford, CT 069026040 | KIDNAP & RANSOM | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $2,477.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | DIRECTORS & OFFICERS | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $63,212.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | LAWYER PROF LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,017.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | ACE American Insurance Company 436 Walnut Street Philadelphia, PA 19106 | CYBER LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $20,327.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | PAGE 3 TOTALS | $1,961,304.73 | |

**Fill in this information to identify the case:**

Debtor name: **The Lauren Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 21-10050-rlj

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BankDirect Capital Finance**<br>Creditor's Name<br>**150 North Field Drive, Suite 190**<br>**Lake Forest, IL 60045**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**January 11, 2021**<br>Last 4 digits of account number<br>**6272**<br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**See attached schedule of insurance policies.**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,600,065.36 | Unknown |
| **2.2** **Markel Surety d/b/a SureTec Indemnity Co**<br>Creditor's Name<br>**1330 Post Oak Blvd., Suite 1100**<br>**Houston, TX 77056**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $10,000,000.00 | $0.00 |

| Debtor | **The Lauren Corporation** | Case number (if known) | **21-10050-rlj** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | **Origin Bank** | Describe debtor's property that is subject to a lien | $8,024,923.33 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9805 Katy Freeway, Suite 200**
**Houston, TX 77024**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $19,624,988.69

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher R. Ward**<br>**Clark Hill Strasburger**<br>**2600 Dallas Parkway, Suite 600**<br>**Frisco, TX 75034** | Line **2.2** | |
| **Penn Huston**<br>**MouerHuston**<br>**349 Heights Boulevard**<br>**Houston, TX 77007** | Line **2.3** | |
| **R. Stephen Ressling**<br>**Chernosky, Smith, Ressling & Smith PLLC**<br>**3664 Walnut Bend Ln., Bldg. B**<br>**Houston, TX 77042-4851** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name: **The Lauren Corporation**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **21-10050-rlj**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Lauren Engineers & Constructors, Inc.<br>901 S. 1st Street<br>Abilene, TX 79602<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Manulife Property Portfolio Inc.<br>736 6 Ave SW<br>Calgary, AB, Canada T2P 3T7<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Ms. Becky Whitener<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor  **The Lauren Corporation**
Name

Case number (if known)  **21-10050-rlj**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Lauren Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **21-10050-rlj** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See attached schedule of insurance** |

Name of Insured: The Lauren Corporation, et al    Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✓) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✓) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TB2-691-4712 82-011 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | GENERAL LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $203,427.00 $0.00 $0.00 $0.00 $0.00 |
| AS2-691-4712 82-031 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | AUTO LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $85,725.00 $0.00 $0.00 $0.00 $0.00 |
| TH7-961-4712 82-041 | 1/1/2021 | Liberty Mutual Fire Insurance Company 175 Berkeley Street Boston, MA 02116 | EXCESS LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $380,401.00 $0.00 $0.00 $0.00 $0.00 |
| P-001-000461 963-01 | 1/1/2021 | AXIS Surplus Insurance Company CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $112,500.00 $0.00 $0.00 $5,540.63 $0.00 |
| ELD30002728 900 | 1/1/2021 | Endurance American Specialty Ins Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $141,374.00 $0.00 $0.00 $6,962.67 $0.00 |
| | 1/1/2021 | Westchester Surplus Lines Insurance Co CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $105,000.00 $0.00 $0.00 $5,171.25 $0.00 |
| 1000325714-03 | 1/1/2021 | Liberty Surplus Insurance Corporation CRC Insurance Services Inc. 10375 Richmond Avenue - Ste. 500 Houston, TX 77042 | EXCESS LIABILITY | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $96,200.00 $500.00 $0.00 $4,762.48 $0.00 |
| ITH10006505 9921 | 1/1/2021 | Starr Indemnity & Liability Company 399 Park Ave 8th Fl New York, NY 10022 | PROPERTY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $131,153.00 $0.00 $0.00 $0.00 $0.00 |
| WS11006656 | 1/1/2021 | Insurance Company of the State of PA 175 Water Street, 18th Floor New York, NY 10038 | FOREIGN PACKAGE | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $3,350.00 $0.00 $0.00 $0.00 $0.00 |
| FBP2316475 | 1/1/2021 | Hartford Steam Boiler Inspec & Ins Co One State Street Hartford, CT 06102-5024 | BOILER & MACHINERY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,723.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | PAGE 3 TOTALS | | $1,961,304.73 |

Name of Insured: The Lauren Corporation, et al  Total Premiums: $2,154,633.73

## Schedule of Policies

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY MM/DD/YY | NAME & CITY OF INSURANCE COMPANY AND NAME & CITY OF GENERAL AGENT OR COMPANY OFFICE | TYPE OF COVERAGE | POLICIES SUBJECT TO AUDIT (✓) | TERM IN MONTHS COVERED | MIN EARNED PREM | DAYS TO CANCEL | SHORT RATE (✓) | PREMIUM AMOUNTS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICELLUW00103382 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | CONTRACTORS POLL. LIAB. - CPL | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $55,391.00 $0.00 $0.00 $2,728.01 $0.00 |
| DCP7BABXARG002 | 1/1/2021 | Ironshore Specialty Insurance Company R-T Specialty LLC Prudential Plaza 180 N. Stetson Ave. STE #4600 Chicago, IL 60601 | ERRORS & OMISSIONS | ✓ | 12 | 25% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $499,750.00 $0.00 $0.00 $24,612.69 $0.00 |
| | 1/1/2021 | XL Specialty Insurance Company Seaview House, 70 Seaview Ave Stamford, CT 069026040 | KIDNAP & RANSOM | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $2,477.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | DIRECTORS & OFFICERS | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $63,212.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | Federal Insurance Company 202B Hall's Mill Road Whitehouse Station, NJ 08889 | LAWYER PROF LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $5,017.00 $0.00 $0.00 $0.00 $0.00 |
| | 1/1/2021 | ACE American Insurance Company 436 Walnut Street Philadelphia, PA 19106 | CYBER LIABILITY | | 12 | 0% | 10 | ✓ | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | $20,327.00 $0.00 $0.00 $0.00 $0.00 |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | | Premium: Policy Fee: Broker Fee: Tax/Stamp: Inspection: | |
| | | | | | | | | PAGE 3 TOTALS | $1,961,304.73 | |

**Fill in this information to identify the case:**

Debtor name: **The Lauren Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 21-10050-rlj

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Becky Whitener | c/o Katherin Hopkins<br>Kelly Hart & Hallman<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | Markel Surety d/b/a SureTec Indemnity Co | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Estate of Cleve Whitener | McMahon Surovik Suttle, PC<br>P.O. Box 3679<br>Abilene, TX 79604 | Markel Surety d/b/a SureTec Indemnity Co | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | KAMTECH Services, Inc. | 901 South First Street<br>Abilene, TX 79602 | Origin Bank | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Lauren Engineers & Constructors, Inc. | 901 S. 1st Street<br>Abilene, TX 79602 | Markel Surety d/b/a SureTec Indemnity Co | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |

Debtor: **The Lauren Corporation**  Case number (if known) **21-10050-rlj**

☐ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.5 | **Lauren Engineers & Constructors, Inc.** | 901 S. 1st Street<br>Abilene, TX 79602 | **Origin Bank** | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | **Lauren Engineers & Constructors, Inc.** | 901 S. 1st Street<br>Abilene, TX 79602 | **BankDirect Capital Finance** | ☒ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Marital Trust under the Last Will of CW** | c/o Becky Whitener<br>1147 Elmwood Drive<br>Abilene, TX 79605 | **Origin Bank** | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Residuary Trust under the Last Will of C** | c/o Becky Whitener<br>1147 Elmwood Drive<br>Abilene, TX 79605 | **Origin Bank** | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **TLC Air, LLC** | 901 S. First Street<br>Abilene, TX 79602 | **Origin Bank** | ☒ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Whitener Family Limited Partnership I** | 901 South 1st Street<br>Abilene, TX 79601 | **Markel Surety d/b/a SureTec Indemnity Co** | ☒ D  2.2<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Lauren Corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 21-10050-rlj |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 22, 2021**    X **/s/ Jack Shoemate**
Signature of individual signing on behalf of debtor

**Jack Shoemate**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Texas

In re: __The Lauren Corporation__  
Debtor(s)

Case No. __21-10050-rlj__  
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Lauren Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Estate of Charles C. Whitener III**  
c/o Becky Whitener  
1147 Elmwood  
Abilene, TX 79605

**Lauren Trust**  
c/o Jennifer D. Odem  
Bryan Cave Leighton Paisner  
1201 W. Peachtree St., NW, 14th Floor  
Atlanta, GA 30309-3471

**Ms. Becky Whitener**  
c/o Katherine Hopkins  
Kelly Hart & Hallman  
201 Main Street, Suite 2500  
Fort Worth, TX 76102

☐ None [*Check if applicable*]

__April 22, 2021__  
Date

/s/ Kell C. Mercer  
**Kell C. Mercer**  
Signature of Attorney or Litigant  
Counsel for __The Lauren Corporation__  
Kell C. Mercer, P.C.  
1602 E. Cesar Chavez Street  
Austin, TX 78702  
(512) 627-3512  
kell.mercer@mercer-law-pc.com