**FORM 1**

Page No:    1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No.: | 21-10050-RLJ | | Trustee Name: | Roddrick B. Newhouse |
| Case Name: | THE LAUREN CORPORATION | | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | | §341(a) Meeting Date: | 05/14/2021 |
| | | | Claims Bar Date: | 08/18/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | LAUREN EGINEERS & CONSTRUCTORS MAURITIUS LTD. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 2 | CWCO, INC. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 3 | LAUREN ENGINEERS & CONSTRUCTORS, Unknown INC. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 4 | LAUREN SERVICES, INC. 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 5 | TLC AIR, LLC 100 % | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 6 | INTERESTS IN INSURANCE POLICIES OR ANNUITIES SEE ATTACHED SCHEDULE OF INSURANCE POLICIES. | Unknown | $34,258.10 | | $34,258.10 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10050-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | THE LAUREN CORPORATION | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | §341(a) Meeting Date: | 05/14/2021 |
| | | Claims Bar Date: | 08/18/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 7 | CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) CLAIMS AND CAUSES OF ACTION AGAINST ORIGIN BANK FOR ACTS AND OMISSIONS INCLUDING, WITHOUT LIMITATION, IMPROPER LOAN ADMINISTRATION, BREACH OF CONTRACT, TORTIOUS INTERFERENCE WITH EXISTING CONTRACTS, TORTIOUS INTERFERENCE WITH PROSPETIVE BUSINESS CONTRACTS, RIGHTS OF OFFSET AND/OR SETOFF, BAD FAITH CONDUCT, FRAUDULENT MISREPRESENTATION, NEGLIGENT MISREPRESENTATION, AND BREACH OF DUTIES OF GOOD FAITH AND FAIR DEALING. NATURE OF CLAIM BUSINESS TORT CLAIMS AMOUNT REQUESTED | Unknown | $1,000.00 | | $0.00 | $1,000.00 |
| 8 | MISCELLANEOUS CHECKS NOT SCHEDULED (u) | $0.00 | $80.77 | | $80.77 | $0.00 |

| | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | $0.00 | $40,338.87 | | $34,338.87 | $6,000.00 |

**Major Activities affecting case closing:**

| 08/10/2022 | Trustee is involved in ongoing discovery and litigation |
|---|---|
| 04/01/2022 | Trustee is investigating potential chapter 5 causes of action to be pursued and preparing to terminate the Debtor's retirement plans. |
| 08/02/2021 | Trustee is in the process of reviewing value/status of scheduled assets. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10050-RLJ | | Trustee Name: | Roddrick B. Newhouse |
| Case Name: | THE LAUREN CORPORATION | | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 6/30/2022 | | §341(a) Meeting Date: | 05/14/2021 |
| | | | Claims Bar Date: | 08/18/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 06/30/2022 | | /s/ RODDRICK B. NEWHOUSE | | |
| Current Projected Date Of Final Report (TFR): | 06/30/2023 | | RODDRICK B. NEWHOUSE | | |